UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY


KE NI TAY RED HAWK

          Plaintiff(s)       :      **JUDGMENT**

(vs)                              :      Civil #10-05509   (RBK)

BAYSIDE STATE PRISON, ET AL.    :

                                       :

          Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on February 3, 2012, and no timely objection having been filed,

IT IS, on this 20th day of March, 2012

ORDERED that the report of Hon. John W. Bissell dated February 3, 2012 is hereby affirmed and Judgment be entered in favor of **plaintiff Ke Ni Tay Red Hawk** and against **defendants William Fauver, Gary Hilton and Scott Faunce** in the amount of $6,000.00 in compensatory damages together with costs of suit, prejudgment interest and reasonable counsel fees.

IT IS FURTHER ORDERED that all claims against remaining defendants be and hereby are dismissed.

                                                             _____
                                                             HON. ROBERT B. KUGLER, U.S.D.J.